IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MR. ELECTRIC CORP., § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. W-07-CA-319 |
| § | |
| BRIAN CLARK, BRIAN CLARK § | |
| EQUIPMENT COMPANY, MR. § | |
| ELECTRIC EXPERT SERVICE, LLC., & § | |
| SOUTHEASTERN ELECTRICAL § | |
| SERVICES., LLC., § | |
|     Defendants. § | |

### J U D G M E N T

This case came on for trial before the Court on March 24, 2009. The Court, having heard the evidence in this case and the argument of counsel finds that the Plaintiff has not prevailed on any of its causes of action against Defendants. Accordingly, the Court enters its judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff, **MR. ELECTRIC CORP**, have and recover nothing from Defendants, **BRIAN CLARK, BRIAN CLARK EQUIPMENT COMPANY, MR. ELECTRIC EXPERT SERVICE, LLC.,** and **SOUTHEASTERN ELECTRICAL RVICES., LLC.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that court costs should be assessed against the Plaintiff.

**SIGNED** on this 30th day of September, 2009.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE